**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In the Matter of the Search of | APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |
| Seven (7) United States Postal Service Parcels with tracking numbers: | Case No: 13-2357 BPG |

(E) EI259887538US, (E) EG798810018US, (E) EI624096631US, (E) EI529130059US, (E) EU972638579US, (E) EI769867868US, (E) EG698489777US

I, Ivan Balaguer, being duly sworn depose and say: I am a US Postal Inspector, and have reason to believe that in the parcels more fully described in **Section I of the Attached Affidavit**, in the District of Maryland there is now concealed certain property, namely a controlled substance and/or material relating to the distribution of controlled substances, which are contraband, fruits, evidence of and instrumentalities of alleged crime(s) in violation of Title 21 U.S.C. § 841(a)(1), 843(b), and 846, et seq.

The facts to support the issuance of a Search Warrant are as follows: See attached Affidavit

- continued on the attached sheet and made a part hereof.   x Yes   No

_____
Ivan Balaguer
United States Postal Inspector

Sworn to before me, and subscribed in my presence

10-1-13  2:30pm  at Baltimore, Maryland
Date

_____
Beth P. Gesner
United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTION OF PARCELS TO BE SEARCHED

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1. | (E) EI259887538US | D&D Inc<br>1874 Senter Rd<br>San Jose, CA 95111<br>408-256-1701 | ATT: Guest AJ Martines<br>Extended Stay Americas<br>9401 Largo Dr<br>West, MD 20774<br>301-339-9139 |
| 2. | (E) EG798810018US | P. Madison<br>2351 Federal Blvd #205<br>Denver, CO 80211 | Enoch Madison<br>PO BOX 431<br>Clinton, MD 20735 |
| 3. | (E) EI624096631US | Herbal Enrichment<br>Herbalenrichment.(illegible).com<br>191A Harvey West Blvd<br>Santa Cruz, CA 95065 | James Wells<br>302 Beverley PL<br>Edgewater, MD 21037 |
| 4. | (E) EI529130059US | Ellis Greenfield<br>623 South St #101<br>Glendale, CA 91202<br>818-945-5234 | Jill Leonard<br>Hold for Pick Up Service<br>Beltsville PO<br>10901 Rhode Island Ave<br>Beltsville, MD 20705-2518 |
| 5. | (E) EU972638579US | Brain Jones<br>3020 (Illegible) St<br>(Illegible), CA 94703 | Thomas (Illegible)<br>1915 Fittleworth Ter<br>Upper Marlboro, MD 20774 |
| 6. | (E) EI769867868US | J. De Los Reye's<br>125 Doris Rd<br>Pleasant Hill, CA 94523 | Shauna Isacs<br>4801 Somerset Rd<br>Riverdale, MD 20737 |
| 7. | (E) EG698489777US | Auto Sound Specialists<br>30580 Union City Blvd<br>Union City, CA 94587 | Jose Salmarez<br>14140 Grand Pre Rd #24<br>Silver Spring, MD 20906 |