# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

_____FILED_____ENTERED
_____LODGED_____RECEIVED

OCT 24 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of:        SEARCH WARRANT

Seven (7) United States Postal Service Parcels        Case No: 13-2357 BPG
with tracking numbers:

| (E) EI259887538US, (E) EG798810018US, (E) EI624096631US, (E) EI529130059US, (E) EU972638579US, (E) EI769867868US, (E) EG698489777US |
|---|

TO:   United States Postal Inspector Ivan Balaguer,
      and any Authorized Officer of the United States.

Affidavit(s) having been made before me by Ivan Balaguer, USPIS, who has reason to believe that in the parcels known as **SEE ATTACHMENT A**, in the District of Maryland, there is now concealed certain property, namely controlled substances and/or material relating to the distribution of controlled substances through the United States Mail, possessed in violation of Title 21 United States Code, § 841(a)(1), 843(b), and 846 as evidence of said violations.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant.

YOU ARE HEREBY COMMANDED to search on or before _____**October 14, 2013**_____
(not to exceed 14 days) the parcel named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the duty U.S. Magistrate Judge, as required by law.

10-1-13   2:20 pm    at Baltimore, Maryland
Date and Time Issued

Beth P. Gesner
United States Magistrate Judge

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 10/1/13 | DATE AND TIME WARRANT EXECUTED 10/1/13 at 3:29 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF  Douglas Henegar

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

EI 2598 8753 8 US - 4140 grams of Marijuana

EG 7988 10018 US - 1115 grams of Marijuana

EI 6240 9663 1 US - 1735 grams of Marijuana

EI 52 9130059 US - No cos

EU 97263 8579 US - 490 grams of Marijuana

EI 7698 6786 8 US - 1075 grams of Marijuana

EG 69848 9777 US - 255 grams of Marijuana

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____            10/3/13
Ivan Balaguer                                             Date
US Postal Inspector

Subscribed, sworn to, and returned before me this date.

_____            _____
                                                                   Date
United States Magistrate Judge